IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CYNTHIA ARTIS, et al.,

              Plaintiff,

v.

ALAN GREENSPAN, CHAIRMAN OF
THE BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

              Defendant.

Civil Action No. 1:99 CV 02073 (EGS)

FILED
MAY 1 0 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## ORDER

This matter comes before the Court on Defendant's Motion For Leave To File Its Memorandum In Response To Plaintiffs' Motion For A Status Call, For The Court's Initial Scheduling Order To Be Entered, To Vacate Stay Upon Discovery And To Certify The Class. The Court has reviewed the unopposed motion and it appearing that good cause exists for the requested relief, it is hereby

ORDERED

That the motion is granted, and the Defendant's Motion For Leave To File Its Memorandum In Response To Plaintiffs' Motion For A Status Call, For The Court's Initial Scheduling Order To Be Entered, To Vacate Stay Upon Discovery And To Certify The Class is accepted as timely filed.



Date: 5/9/02

Emmet G. Sullivan, United States District Judge

Copies to:

Kenneth M. Willner
Paul, Hastings, Janofsky & Walker LLP
Tenth Floor
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400

John L. Kuray
Senior Counsel
BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM
20th & C Streets, N.W.
Washington, D.C.  20551

Walter T. Charlton, Esq.
230 Kirkley Road
Annapolis, MD  21401